**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SAMUEL UKWUACHU** | § | |
| | § | |
| **V.** | § | **6:26-CV-564-CRW** |
| | § | |
| **ERIC GUERRERO** | § | |

## ORDER OF DISMISSAL

Before the Court is Respondent Eric Guerrero's Motion to Dismiss (#6). Eric Guerrero was substituted as Respondent on September 3, 2026. However, Petitioner is under community supervision and not currently in custody, therefore Eric Guerrero is not the correct Respondent. The proper Respondents were named by Petitioner's counsel in the Petition for Writ of Habeas Corpus.

In light of the above, it is therefore **ORDERED** that Respondent Eric Guerrero's Motion to Dismiss (#6) is **GRANTED**.

It is further **ORDERED** that the Clerk shall add Naomi Romero and William Seigman as Respondents.

SIGNED on November 2, 2026

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE