**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SAMUEL UKWUACHU** | § | |
| | § | |
| **V.** | § | **6:26-CV-564-CRW** |
| | § | |
| **NAOMI ROMERO, et al.** | § | |

**ORDER**

On November 2, 2026, the Court issued summons and a service order. Those orders were improperly issued and are vacated.

It is therefore **ORDERED** that the Order for Service (#8), filed on November 2, 2026, and the Summons (#9), issued November 2, 2026, are hereby **VACATED**.

**SIGNED** on November 3, 2026

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE